CAUSE # 03-279-A        27,413-09

Louis Confee                    In the 207 Judicial
        vs.                     District Court of
State of Texas                  Caldwell County, Texas
                                - - - - - - - - -
                                Texas Court of Criminal Appeals

## Subsequent Application For Writ of Mandamus

Comes Now, Louis Confee, Pro'se, In the Above Styled
And Numbered Cause of Action And Files this His
Subsequent Application For Writ of Mandamus.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

I.

the Act sought to be Compelled is Undisputable
by Means of a Prior Supreme Court Ruling.

II.

Realator In August of 2007 was Coerced In A Plea-
Bargain Under Duress For A Sentence of 2 to 10 Probated
While Under an Indictment of 25 to 99 at A Jury
Trial Proceeding and was Not Eligable For Probation.

## III.

Relator was Sentenced to 10 years Probation.

## IV.

Relator in 2010 underwent a Revocation Proceeding and was Sentenced to the Remaining 7 years of the Uncompleted 10 years Probation In the Tovas Prison.

## V

Relator Hereby states that the 7 year Sentence is Un Authorized by Law As the Original 10 years Probation was Outside the Authorized Sentencing Guide Lines Authorized by Law.

Concluding that if A Trial Court Imposes A Sentence that is Un Authorized by Law

THE Sentence is VOID
AS Well AS A Legal Nullity.

STATE Vs. Bloomer 909 N.E. 2d 1254 (Ohio 2009)
OHIO Vs. Billiter 134 Ohio St. 3d 103; 980 N.E 2d 960 (2012)

Held that if A Trial Court Imposes A Sentence that is Un Authorized by Law, the Sentence is Void. and

May be Reviewed at any time.

Realtor Prays that the Court and or the Judge(s) Grant this Application of Writ of Mandamus.

Respectfully Submitted

Louis Confer

T.D.C.# 1648283

I Louis Confer Hereby state under the Penalty of Perjury that the foregoing is True and Correct

Signed on this 5th Day of July 2015

Louis H. Confer

Certificate of Service

I Hereby state that a True Copy of the Above Subsequent Application for Writ of Mandamus was Mailed to Tina Morgan, Caldwell County District Clerk by Placing Copy In the U.S. Mail Addressed:

Tina Morgan Freeman
District Clerk
1703 S. Colorado, Box 3
Lockhart, Texas 78644

on this 5th Day of July 2015 from Realtor, Pro Se

Louis Confer #1648283
2l F.M. 2147
Huntsville, Texas
77320